# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRE LEE, | : | Case No. 3:22-cv-00031 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| SCOTT M&A CORP., dba MCDONALDS, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(3) and § 636(c) and at the request of the parties, the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of assigning this case for mediation.

**IT IS SO ORDERED.**

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge